DocuSign Envelope ID: 415AE255-81D0-47BE-B10D-2E5CA0F7D028

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ NOV 20 2019 ★

BROOKLYN OFFICE



RD 11-00-19
EF

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

THOMAS J. OLSEN, Individually and on
behalf of all other persons similarly
situated,

Plaintiff,

v.

L.I. CITY VENTURES, LLC,

Defendant.

No.: 1:19-cv-493(CBA)(RML)

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff and Defendant, under Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby stipulate to dismiss this action with prejudice, resolving all matters in dispute having been made and each party to bear its own fees and costs.

Dated: October 22  2019
New York, New York

Douglas B. Lipsky
LIPSKY LOWE LLP
420 Lexington Avenue, Suite 1830
New York, NY 10170
doug@lipskylowe.com
212.392.4772
*Attorneys for Plaintiff*

Dated: October 24 2019
New York, New York

Maxwell Rubin
WARSHAW BURSTEIN, LLP
575 Lexington Avenue, 7th Floor
New York, New York 10022
Mrubin@wbny.com
212.984.7700
*Attorneys for Defendant*

So Ordered

s/Carol Bagley Amon

11/18/19

{1159715.2 }